

IT IS ORDERED

Date Entered on Docket: December 2, 2014

*Robert H. Jacobvitz* (signature)

_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

**BRENT D. BAKER and
DANA A. BAKER,**

      Debtors.                                    Case No. 12-13210-j7

### ORDER GRANTING MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF PROPERTY AND REJECTING EXECUTORY CONTRACT

      This matter came before the Court on the Debtors' Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 and to Reject Executory Contract filed October 21, 2014 as docket entry #39 (the "Motion"). Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

      The Court FINDS: (a) that on October 21, 2014, Debtors filed the Motion; (b) on October 22, 2014, notice of the objection period (docket #40) along with the Motion was served ("Notice") on all creditors and other parties in interest as shown on the mailing list provided to the Court by the Debtors, specifying that objections were to be filed no later

1

than twenty-one days (plus three days mailing) from the date of mailing of the Notice; (c) the Notice was appropriate in the particular circumstances; (d) the objection deadline of November 17, 2014 has expired and no objections to the Motion were filed; (e) the Motion is well taken and should be granted.

THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the Motion is granted and that the Court will enter an Order Abandoning Assets and Rejecting Executory Contract pursuant to the terms of the Motion. Said Order will be prepared by Debtors' counsel and uploaded to the Court.

Respectfully Submitted,

*S/electronically Submitted 11.26.14*
R. "Trey" Arvizu, III
Attorney for Debtors
P.O. Box 1479
Las Cruces, NM 88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Copy to:

Clarke Coll
P.O. Box 2288
Roswell, NM 88202-2288